IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-7,929-04





EX PARTE RONALD CURTIS CHAMBERS







ON APPLICATION FOR WRIT OF HABEAS CORPUS


IN CAUSE NO. F85-99385-PKW FROM THE


363
RD DISTRICT COURT OF DALLAS COUNTY





Per Curiam.


ORDER



 This is a subsequent application for writ of habeas corpus filed pursuant to Texas
Code of Criminal Procedure, Article 11.071, Section 5.

 Applicant was convicted for the third time of capital murder in June 1992. We
affirmed the conviction and sentence. Chambers v. State, 903 S.W.2d 21 (Tex. Crim. App.
1995). On October 17, 1996, applicant filed his initial application for writ of habeas corpus
pursuant to Article 11.071. We denied relief. Ex parte Chambers, WR-7,929-03 (Tex. Crim.
App. March 24, 1999).

 Applicant currently has similar claims under consideration in the United States Court
of Appeals for the Fifth Circuit. Because we will abstain from considering issues when they
are validly before another court, this application is dismissed. Ex parte Powers, 487 S.W.2d
101 (Tex. Crim. App. 1972); Ex parte Soffar, 143 S.W.3d 804 (Tex. Crim. App. 2004). The
motion for stay of execution is dismissed as moot.

 IT IS SO ORDERED THIS THE 6TH DAY OF JUNE, 2007.

Do Not Publish